■ RICHARD SORENSEN, an Infant, by BENNETTA SORENSEN, His Guardian ad Litem, et al., Appellants, v. VINCENZO DI STEFANO et al., Respondents.— In an action to recover damages for personal injuries, the plaintiffs appeal from an order of the Supreme Court, Queens County, dated January 21, 1960, denying their motion for a preference. Order affirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ TOLLEFSEN SALES CORP. et al., Respondents, v. GENERAL SLAG CORPORATION et al., Appellants.— In an action to recover damages for libel, the defendants appeal from an order of the Supreme Court, Kings County, entered May 19, 1959, denying their motion to dismiss the complaint for insufficiency (Rules Civ. Prac., rule 106). Order reversed, with $10 costs and disbursements, and motion granted. In our opinion, the letter involved is not libelous per se. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ CHARLES VESCIO, Respondent, v. ELEANOR SILVERMAN et al., Appellants.— Pursuant to stipulation of the parties, dated May 31, 1960, the appeal is discontinued, without costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. [20 Misc 2d 876.]

■ EVELYN S. WINN et al., as Executors of MAX W. WINN, Deceased, et al., Respondents, v. WARREN LUMBER CO., INC., et al., Defendants, and MICHAEL FRIEDMAN, Appellant.— In an action to recover moneys alleged to be due and owing, the defendant Michael Friedman appeals from an order of the Supreme Court, Kings County, dated February 3, 1960, denying, without prejudice to renew, his motion to dismiss the complaint on the ground of lack of prosecution. Order affirmed, with $10 costs and disbursements. Although heretofore this court has held (*Goldstein* v. *Park Terrace Caterers*, 9 A D 2d 896) that an order denying a motion without prejudice to renewal is not appealable, except in special circumstances, we have re-examined the question and have determined that appeals from such orders may be entertained (*Goldstein* v. *Park Terrace Caterers*, 10 A D 2d 880; *Reiner* v. *Kane*, 10 A D 2d 885). Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■

## June 20, 1960

■ FRANK CASTALDO, Respondent, v. TRANSPORTATION VEHICLES, INC., Appellant.— Motion referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion to amend the decision of this court, dated May 9, 1960, granted. The decision is amended: (1) by striking out the provision that, pursuant to statute (Civ. Prac. Act, § 480), interest on the award of $22,500 shall be computed from the date of the entry of the order entered on such decision; and (2) by substituting therefor a provision that interest on such award shall be computed from December 18, 1958, the date of entry of the original judgment. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC., Petitioner, against J. IRWIN SHAPIRO, Acting Justice of the Supreme Court, Queens County, Respondent.— Motion to clarify and amend the order and decision of this court dated April 18, 1960 denied, without costs. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.